SCHOECH LAW GROUP, PC
MATTHEW R. SCHOECH (SBN 234774)
matt@norcallawfirm.com
4020 Lennane Dr Ste 102
Sacramento, CA 95834

Telephone:	(916) 569-1940
Facsimile:	(916) 569-1939

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
GEORGE A. GUTHRIE (SBN 201263)
gguthrie@wilkefleury.com
DANIEL J. FOSTER (SBN 238012)
dfoster@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:	(916) 441-2430
Facsimile:	(916) 442-6664

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GERALDINE STRYKER; HARRISON KIM; STACY FOX, SANDRA FOX; REGINA EDWARDS; EDWARD J. BROUSSARD, SR.; LAVERNE BROUSSARD; JOSEPH T. CHAIANG; GULNARA G. CHIANG; CHIONYE UGORI; OBIAKONWA UGORI; WILLIAM BAUMANN; RUTHI BAUMANN; DONALD MILLS; ANZEL L. MILLS; ABRAN S. MATHEWS; TONY R. MELTON; DANIELLE MELTON; RANDALL J. MARIN; ALBERTO CHAPARRO; DALIA CHAPARRO; SEAN D. JONES JILL M. OKIMOTO; DONALD A. FISHER; JOSEPH HAHNZ; DONNA M. LANE; DWAYNE P. SCHEER; MARTII SCHEER; CHAD WILSON ; CHEN LI, PING GU; MICHAEL BLITON; and GHASSAN I. KAMAL,<br><br>        Plaintiffs,<br><br>    v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, and DOES 1-100, | Case No. 2:16-CV-00524-TLN-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIM FOR PUNITIVE DAMAGES AGAINST NORTH AMERICAN CAPACITY INSURANCE COMPANY** |

1452662.1

-1-   STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIM FOR PUNITIVE DAMAGES AGAINST NORTH AMERICAN CAPACITY INSURANCE COMPANY

Inclusive,

    Defendants.

IT IS HEREBY STIPULATED AND AGREED TO by Plaintiffs GERALDINE STRYKER; HARRISON KIM; STACY FOX, SANDRA FOX; REGINA EDWARDS; EDWARD J. BROUSSARD, SR.; LAVERNE BROUSSARD; JOSEPH T. CHIANG; GULNARA G. CHIANG; CHIONYE UGORI; OBIAKONWA UGORI; WILLIAM BAUMANN; RUTHI BAUMANN; DONALD MILLS; ANZEL L. MILLS; ABRAN S. MATHEWS; TONY R. MELTON; DANIELLE MELTON; RANDALL J. MARIN; ALBERTO CHAPARRO; DALIA CHAPARRO; SEAN D. JONES JILL M. OKIMOTO; DONALD A. FISHER; JOSEPH HAHNZ; DONNA M. LANE; DWAYNE P. SCHEER; MARTII SCHEER; CHAD WILSON ; CHEN LI, PING GU; MICHAEL BLITON; and GHASSAN I. KAMAL ("PLAINTIFFS"), by and through their attorneys, and Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY, by and through their attorneys:

  1. PLAINTIFFS' request for punitive damages as set forth in the fourth, fifth, and sixth causes of action, and the prayer for relief, shall be dismissed, but only as to NORTH AMERICAN CAPACITY INSURANCE COMPANY.

  2. PLAINTIFFS' remaining claims, allegations, and prayers for relief shall remain in effect and are not dismissed by this stipulation.

  3. NORTH AMERICAN CAPACITY INSURANCE COMPANY's pending Motion for Partial Judgment on the Pleadings, which is scheduled for hearing on June 2, 2016, is hereby withdrawn without prejudice, because it is moot.

  IT IS SO STIPULATED.

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

-2-   STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIM FOR PUNITIVE DAMAGES AGAINST NORTH AMERICAN CAPACITY INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | DATED: May __19__, 2016 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ |
| | | GEORGE A. GUTHRIE |
| 6 | | Attorneys for PLAINTIFFS |
| 7 | DATED: May __19__, 2016 | SCHOECH LAW GROUP, PC |
| 8 | | |
| 9 | | By: /s/ |
| 10 | | MATTHEW R. SCHOECH |
| | | Attorneys for PLAINTIFFS |
| 11 | | |
| 12 | DATED: May __19__, 2016 | GRIMM, VRANJES & GREER LLP |
| 13 | | |
| 14 | | By: /s/ |
| 15 | | GREGORY D. STEPHAN |
| | | Attorneys for NORTH AMERICAN CAPACITY |
| 16 | | INSURANCE COMPANY |

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

-3-   STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIM FOR PUNITIVE DAMAGES AGAINST NORTH AMERICAN CAPACITY INSURANCE COMPANY

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders the following:

1. That PLAINTIFFS' request for punitive damages as set forth in the fourth, fifth, and sixth causes of action, and the prayer for relief, shall be dismissed, but only as to NORTH AMERICAN CAPACITY INSURANCE COMPANY;

2. That PLAINTIFFS' remaining claims, allegations, and prayers for relief shall remain in effect and are not dismissed by this stipulation;

3. That NORTH AMERICAN CAPACITY INSURANCE COMPANY's pending Motion for Partial Judgment on the Pleadings, which is scheduled for hearing on June 2, 2016, is hereby withdrawn without prejudice, because it is moot.

IT IS SO ORDERED.

Dated: May 20, 2016

_____
Troy L. Nunley
United States District Judge

Wilke, Fleury, Hoffelt, Gould & Birney, LLP
Attorneys at Law
Sacramento

-4-   STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIM FOR PUNITIVE DAMAGES AGAINST NORTH AMERICAN CAPACITY INSURANCE COMPANY